UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-313-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| BOBBY WAYNE WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:   Initial Appearance/Arraignment January 18, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant has been indicted on the charge of Felon in Possession of a Firearm,

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

having three previous convictions for crimes punishable by imprisonment for a term exceeding one year. Defendant appeared this date pursuant to a Writ of Habeas Corpus Ad Prosequendum, transferred from the custody of the Washington State Department of Corrections. (Dkt. 9). The defendant's release date for his state sentence is currently scheduled for May 14, 2007.

  (2) Defendant does not contest detention, as he would be transferred back to state custody if he were released by this court.

  (3) Defendant poses a risk of nonappearance due to the pending state sentence. He poses a risk of danger due to his criminal history and the nature of the current charges.

  (4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  18th  day of  January , 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge