The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-313RSM |
| Plaintiff, ) | |
| v. ) | CONTINUING TRIAL DATE |
| BOBBY WAYNE WELLS, ) | |
| Defendant. ) | |

Based upon the reasons stated in the joint motion of the parties to continue the trial date, and upon a review of the records and files herein, this Court adopts the stipulation of the parties and FINDS and RULES as follows:

On November 5, 2004, a criminal complaint was filed charging the defendant, BOBBY WAYNE WELLS, with being a felon in possession on August 9, 2004, in violation of Title 18, United States Code, Section 922(g). At the time the criminal complaint was filed, WELLS was pending charges on different matters in King County Superior Court. On August 25, 2005, a grand jury returned an Indictment charging WELLS with the same conduct as charged in the criminal complaint.

On October 11, 2005, WELLS pled guilty to some of the King County charges and on October 31, 2005, he was sentenced to forty-three months' incarceration. On November 25, 2005, Mr. Filipovic, counsel for WELLS' on WELLS' federal case, notified the United States that WELLS had been sent to the Washington State Department of Corrections to serve a prison term and wanted to be brought into federal custody so that he could address the pending federal charge. On December 22, 2005, the Department of Corrections served the federal detainer on WELLS and he elected to be brought into federal custody to address

Order Continuing Trial Date - 1
United States v. Bobby Wayne Wells, No CR 05-313RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

the pending charge.

Thereafter, on December 28, 2005, the United States applied for a Writ of Habeas Corpus Ad Prosequendum and, on December 28, 2005, the Honorable John L. Weinberg, United States Magistrate Judge, issued the Writ. WELLS made his first appearance in this District on January 18, 2006, and has been detained pending trial. At the initial appearance, a March 27, 2006, trial date was set.

On February 23, 2006, WELLS filed two pretrial motions in this case, one to suppress statements and one to strike surplusage. The United States responded to the motions on March 2, 2006, and they are pending resolution.

The parties have jointly moved for a continuance of the trial date. As grounds therefore, the parties have indicated that failure to grant the continuance in this case would deny counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Specifically, the Assistant United States Attorney assigned to the case had a trial commence on March 20, 2006, and the trial, involving nearly fifty witnesses, is expected to last six to eight trial days. Accordingly, the Assistant United States Attorney will not be available to try the WELLS case on March 27, 2006. In addition, Mr. Filipovic has a trial scheduled for April 18, 2006, which is expected to last at least two weeks. While there have been plea negotiations in that case, a final resolution has not yet been reached. In addition, Mr. Filipovic is scheduled to be out of the country starting May 15, 2006, and will not return to his office until June 6, 2006. Given the length of time Mr. Filipovic will be out of the office, he will need a minimum of two weeks between his return to the office and the commencement of trial to be adequately prepared for trial. Moreover, because of the pending motions, only 37 days have passed under the Speedy Trial Act and the time is being tolled until resolution of the motions. Accordingly, there are 33 days remaining under the Speedy Trial Act from the date that the Court resolves the motions. 18 U.S.C. § 3161(h)(1)(F).

Order Continuing Trial Date - 2
United States v. Bobby Wayne Wells, No CR 05-313RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     The parties agree that the ends of justice served by granting this motion to continue
2 outweigh the best interest of the public and defendant in a speedy trial.

3     It therefore appearing to the Court that the ends of justice served by granting the
4 requested continuance outweigh the interest of the public and the defendants in a speedy
5 trial,

6     IT IS ORDERED that the trial date be continued from March 27, 2006, until
7 June 26, 2006.

8     IT IS FURTHER ORDERED that the period of delay from the date of this Order,
9 until June 26, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A), for the
10 purpose of computing the time limitations imposed by the Speedy Trial Act,

11     DATED this _27_ day of March 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

JOHN McKAY
United States Attorney

/s/ Tessa M. Gorman
TESSA M. GORMAN
Assistant United States Attorney
WSBA# 35908
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone (206) 553-4994
Facsimile (206) 553-0755
Email:  Tessa.Gorman@usdoj.gov

/s/ Michael Filipovic*
MICHAEL FILIPOVIC
Assistant Federal Public Defender
Counsel for BOBBY WAYNE WELLS
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Telephone (206) 553-1100
Facsimile (206) 553-0120
Email:  Michael_Filipovic@fd.org

*Signed electronically per telephone authorization.

Order Continuing Trial Date - 3
United States v. Bobby Wayne Wells, No CR 05-313RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970